IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01481-JLK

CHRISTOPHER TYRONE SALAZAR,

    Plaintiff,

v.

DENVER POLICE OFFICER CARLOS CASTILLO,
DENVER POLICE OFFICER JOHN MEHRTENS,
DENVER POLICE OFFICER WILE MORGHEM,
DENVER POLICE OFFICER SCOTT RIGGS, and
CITY AND COUNTY OF DENVER, Individually and Severally,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Amended Order [Docket No. 22] entered by Judge John L. Kane on January 7, 2013, incorporated herein by reference, it is

ORDERED that City and County Of Denver And Officer Carlos Castillo's Motion To Dismiss Pursuant To Fed.R.Civ.P.12(b)(6) [Docket No. 15] is GRANTED.  It is

FURTHER ORDERED that Defendants Mehrtens, Morghem, And Riggs' Motion To Dismiss Pursuant To Fed.R.Civ.P. 12(b)(6) [Docket No. 20] is GRANTED.  It is

FURTHER ORDERED that this civil action is DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this <u>15th</u> day of January, 2013.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        By: <u>s/ Edward P. Butler</u>
                            Edward P. Butler, Deputy Clerk